Lawrence M. EDWARDS, Appellant,

v.

Ellis MCSWAIN, et al., Respondents.

WD 80305

Missouri Court of Appeals, Western District.

ORDER FILED: June 27, 2017

Lawrence Edwards, Appellant Pro Se.

Andrew J. Crane, Jefferson City, MO, for respondent.

Before Division One: Gary D. Witt, Presiding Judge, Alok Ahuja, Judge and Edward R. Ardini, Jr., Judge

## ORDER

Per curiam:

Lawrence Edwards ("Edwards") appeals from the judgment of the Circuit Court of Cole County granting the respondents Ellis McSwain and Michael White's ("Respondents") motion for judgment on the pleadings. For reasons explained more fully in a memorandum provided to the parties, we affirm. Rule 84.16(b).